No. 93–1911. SANDIN, UNIT TEAM MANAGER, HALAWA CORRECTIONAL FACILITY *v.* CONNER ET AL. C. A. 9th Cir. Motion

of respondent DeMont R. D. Conner for leave to proceed *in forma pauperis* granted.